# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-3136

_____

| | | |
|---|---|---|
| Paris D. Kennell, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Eastern District of Missouri. |
| | * | |
| ABBCO Service Corporation, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: March 9, 2011
Filed: March 14, 2011

_____

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Paris Kennell appeals from the order of the District Court[1] dismissing her employment-discrimination action against her former employer, ABBCO Service Corporation. Upon careful de novo review, see Blankenship v. USA Truck, Inc., 601 F.3d 852, 853 (8th Cir. 2010), we agree with the District Court that Kennell failed to state a claim, see Norman v. Union Pac. R.R., 606 F.3d 455, 461 (8th Cir. 2010) (setting forth the elements of a prima facie case of race discrimination based upon disparate treatment). Accordingly, the judgment is affirmed.

_____

[1]The Honorable Henry E. Autry, United States District Judge for the Eastern District of Missouri.